MAHAN *versus* MYERS *& al.*

It is not irregular to refuse a motion for leave to summon in additional joint promisors, while an issue is pending upon a plea in abatement for the non-joinder.

ON EXCEPTIONS from the District Court, COLE, J.

WELLS, J., orally. — This suit was brought in the Municipal Court. The defendants there pleaded in abatement that there were two other joint promisors. Upon that plea issue was taken. The decision was for the defendants, and that the writ abate. The plaintiff appealed to the District Court, and there moved for leave to summon in the other two joint promisors. This motion was refused, and the plaintiff excepted.

When the case came to the District Court, the issue in abatement was pending. While that issue was undetermined, it would have been irregular to summon in the other supposed promisors. There was therefore nothing unsuitable in refusing the plaintiff's motion.     *Exceptions overruled.*

*O'Donnell*, for the plaintiff.

*Codman*, for the defendants.